**ALEXIS G. PADILLA**
Attorney at Law
378 Lewis Avenue #6
Brooklyn, NY 11233
Tel. 917 238 2993
alexpadilla722@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-25

December 11, 2025

**BY ELECTRONIC FILING**
Hon. District Judge Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **Damaris Hernandez v. City of New York, et al.**
              25-cv-3985-LAK

Your Honor:

    My office represents Damaris Hernandez, the plaintiff in the above-referenced matter. I write to respectfully inform the Court that the parties have settled. We thank the Court for its time and attention to this matter.

                          Respectfully submitted,

                          /s/

                          *Alexis Padilla*
                          *Attorney for Plaintiff*

Cc:    **BY ECF**
        Sandra Bober
        New York City Law Dept.
        *For Defendants*

*Case dismissed with prejudice and without costs*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:

SO ORDERED

LEWIS A. KAPLAN, USDJ

12/12/25