UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Damaris Hernandez,

                Plaintiff,                      25-cv-3985 (LAK)

    v.

City of New York, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/15/2026__

**ORDER**

       The Court assigned mediator has informed the Court that the parties have reached a settlement. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before February 16, 2026, if the settlement is not executed by then.

DATED: January 15, 2026

                                     Lewis A. Kaplan
                              United States District Judge